# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTA SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 13-1413 |
| v. ) | Electronically Filed |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 25th day of March, 2014, upon consideration of the Cross-Motions for Summary Judgment filed herein, IT IS HEREBY ORDERED that the Commissioner's Motion for Summary Judgment (Doc. No. 13) is **GRANTED**, and Plaintiff's Motion for Summary Judgment (Doc. No. 11) is **DENIED**.

The decision of the Administrative Law Judge is hereby **AFFIRMED**.

The Clerk of Court shall mark this case **CLOSED**.


                                                        s/ Arthur J. Schwab
                                                        Arthur J. Schwab
                                                        United States District Judge


cc:    All Registered ECF Counsel and Parties